IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JUAN SARMIENTO, JR.,<br>Reg. No. 64324-379, | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:20-CV-884-WHA-KFP |
| | ) | |
| WARDEN ALAN COHEN, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On March 31, 2022, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. Doc. 19. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and this petition is DISMISSED with prejudice as moot.

A Final Judgment will be entered separately.

Done, this 20th day of April 2022.

/s/    W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE